IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHERRY CORRIE,

      Appellant,

v.

DAVID LEE KEUL,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1146

Opinion filed January 30, 2015.

An appeal from the Circuit Court for Duval County.
Elizabeth A. Senterfitt, Judge.

Diana L. Johnson of Johnson & Lufrano, P.A., Jacksonville, for Appellant.

Robert C. Davis, Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED. See Bertolotti v. Dugger, 514 So. 2d 1095, 1096 (Fla. 1987)

(noting that in order to preserve an issue for appellate review, the specific legal

argument or ground that it is based upon must be made to the trial court); see also

Konoski v. Shekarkhar, 146 So. 3d 89, 89 (Fla. 3d DCA 2014) (affirming the entry

of the final judgment of injunction for protection against domestic violence and noting that the evidentiary issue raised by the appellant on appeal was not preserved for appeal); <u>Barile v. Gayheart</u>, 80 So. 3d 1085, 1086 (Fla. 2d DCA 2012) (concluding that the appellant, who appealed an injunction against repeat violence, failed to preserve by contemporaneous objection two of her three arguments on appeal).

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.